PREMIER CAPITAL, INC., Respondent, v KENT R. DEHAAN, Appellant.

Submitted December 29, 2014; decided January 15, 2015

Motion for leave to appeal denied. Motion for a stay dismissed as academic.

JOSEPH SAINT et al., Appellants, v SYRACUSE SUPPLY COMPANY, Respondent.

Submitted January 12, 2015; decided January 15, 2015

Motion by New York State Trial Lawyers Association for leave to file a brief amicus curiae on the appeal herein granted and the proposed brief is accepted as filed.

EKATERINA SCHOENEFELD, Respondent, v STATE OF NEW YORK et al., Defendants, and ERIC T. SCHNEIDERMAN, in His Official Capacity as Attorney General for the State of New York, et al., Appellants.

Submitted January 12, 2015; decided January 15, 2015

See 748 F3d 464.

Motion by Michael H. Ansell et al. for leave to file a brief amici curiae on consideration of the certified question herein granted and the proposed brief is accepted as filed. Three copies of the brief must be served and an original and nine copies filed within seven days.